UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JP MORGAN CHASE BANK, N.A. ) | Case No.: C 09-1855 PVT |
| ) | |
| Plaintiff, ) | **ORDER RELATING AND** |
| ) | **CONSOLIDATING THIS CASE WITH** |
| v. ) | **CASE NO. C 09-1879 HRL** |
| ) | |
| CYNTHIA ROBERTS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

On May 7, 2009, this court issued an Order to Show Cause Why this Case Should Not Be Related to and Consolidated with Case No. C 09-1879 HRL, setting a deadline of May 21, 2009 for the parties to respond.[1]  No response has been received by the court.  Therefor, based on the court's prior order and the file herein and in and the file in *Roberts v. Washington Mutual Bank, FA et al.*, Northern District of California Case no. C09-1879 HRL,

IT IS HEREBY ORDERED that this case is related to, and consolidated with, *Roberts v. Washington Mutual Bank, FA et al.*, Northern District of California Case No. C09-1879 HRL.  The Clerk shall consolidate these actions.  Case No. C09-1855 PVT is the earlier filed action and therefore, shall be the lead case.  All future filings shall be filed in Case No. C09-1855 PVT.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1  IT IS FURTHER ORDERED that, no later than June 22, 2009, Plaintiff's counsel shall sign up for electronic filing in this case.

Dated: *6/10/09*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge

1
2  ***Other Counsel automatically notified of this filing via the court's Electronic Case Filing system.***
3
4  <u>copies mailed on</u>   *6/10/09*      to:
5  Randall D. Naiman, Esq.
   Naiman Law Group
6  4660 La Jolla Village Drive, Suite 500
   San Diego, CA  92122
7
8                               <u> /s/  Donna Kirchner           for  </u>
                                CORINNE LEW
9                               Courtroom Deputy
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*